UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 16 - 00400 BLF |
|---|---|
| Plaintiff, | |
| v. | **ORDER - CJA CONTRIBUTIONS DUE** |
| Erik David Hanks | |
| Defendant. | |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 10 ᵉ PER day ~~MONTH~~, until ~~the case is concluded or until further order of the Court~~ retained counsel appears, commencing: Now

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 3/14/2017

_____
Howard R. Lloyd, U.S. Magistrate Judge